UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| CATHY P. HOLMAN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 5:11-cv-00363-WMA |
| ) | |
| ELLA R. HOLMAN, ) | |
| ) | |
| Defendant ) | |

## MEMORANDUM OPINION

On May 14, 2014, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections to the magistrate judge's report and recommendation have been filed by plaintiff or defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the motion for summary judgment filed by plaintiff be granted and that she be awarded the $227,805.65 in life insurance proceeds which were deposited with the

registry of the court, along with any accumulated interest, that the motion to dismiss counterclaim filed by plaintiff be granted, and this action be dismissed with prejudice.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 4th day of June, 2014.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE